# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| ALBERT EARL COOK, | ) | CLERK'S JUDGMENT |
| | ) | |
| Petitioner, | ) | 5:13-CV-00010-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| SUSAN WHITE, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 4, 2014, Order.

March 4, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court